```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

O2COOL, LLC,                     )
                                 )
           Plaintiff,            )
                                 )
     v.                          )    No.  12 C 2109
                                 )
WINDY CITY NOVELTIES, INC.,      )
et al.,                          )
                                 )
           Defendants.           )
```

MEMORANDUM ORDER

Limited liability company O2COOL, LLC ("O2COOL") has filed an Amended Complaint that adds three new alleged infringers of one of its spray fan water bottle patents to its original Complaint that had charged Windy City Novelties, Inc. ("Windy City") with infringing that and another of O2COOL's patents. This memorandum order is issued sua sponte because of the problematic nature of that new pleading.

It was of course permissible for O2COOL to bring both of its claims against Windy City in a single lawsuit--see Fed. R. Civ. P. ("Rule") 18(a). But if, as appears to be the case from Amended Complaint ¶¶9 and 10, the three newly-added defendants' asserted infringement of one of O2COOL's patents is independent of Windy City's activity (apparently involving a different product), Rule 20(a)(2) does not support their addition to this litigation.

On the face of things, then, O2COOL ought to go back to its original Complaint and its one-defendant action. And if that is

so it must do so swiftly, to avoid the need for the putative new defendants to retain counsel and to expend any resources on the present lawsuit.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 26, 2012